# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 16-4544
_____

Highmark, Inc.

Plaintiff - Appellant

v.

Northwest Pipe Company, a Washington Corporation

Defendant Third Party Plaintiff - Appellee

v.

Ferber Engineering Company, LLC, a South Dakota corporation; RustNot Corrosion Control Services, Inc., an Idaho corporation

Third Party Defendants - Appellees
_____

No: 17-1039
_____

Highmark, Inc.

Plaintiff - Appellee

v.

Northwest Pipe Company, a Washington Corporation

Defendant Third Party Plaintiff - Appellant

v.

Ferber Engineering Company, LLC, a South Dakota corporation; RustNot Corrosion Control Services, Inc., an Idaho corporation

Third Party Defendants
_____

No: 17-1040
_____

Highmark, Inc.

Plaintiff - Appellee

v.

Northwest Pipe Company, a Washington Corporation

Defendant Third Party Plaintiff

v.

Ferber Engineering Company, LLC, a South Dakota corporation

Third Party Defendant - Appellant

RustNot Corrosion Control Services, Inc., an Idaho corporation

Third Party Defendant

------------------------------------------------------------

Appeal from U.S. District Court for the District of South Dakota - Rapid City
(5:10-cv-05089-LLP)
(5:10-cv-05089-LLP)
(5:10-cv-05089-LLP)

------------------------------------------------------------

## JUDGMENT

The parties' joint motion to dismiss these appeals is granted. The appeals are hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

July 19, 2017

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans